UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV14-01446-AS | Date | January 21, 2015 |
|---|---|---|---|
| Title | Guadalupe Ionescu v. Carolyn W Colvin | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 21, 2014, Plaintiff Guadalupe Ionescu filed a Complaint benefits (Docket Entry No. 3). On July 23, 2014, the Court issued an "Order re: Procedures in Social Security Case" (Docket Entry No. 7), requiring Plaintiff to file a motion for summary judgment no later than 30 days from the service of Defendant's responsive pleading and the administrative record. On November 26, 2014, Defendant filed an Answer to the Complaint and the Certified Administrative Record (Docket Entry Nos. 12-14). Therefore, Plaintiff was required to file a Motion for Summary Judgment no later than December 26, 2014. To date, Plaintiff has failed to file a motion for summary judgment as required by the Court's July 23, 2014 Order or request an extension of time to do so.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Order. Alternatively, Plaintiff may discharge this Order to Show Cause by filing a motion for summary judgment or remand no later than noon on **February 4, 2015** (with a courtesy copy delivered directly to Magistrate Judge Sagar's chambers on the Ninth Floor of the Courthouse at 312 N. Spring Street, Los Angeles, California 90012). If Plaintiff timely files her motion, the Court will consider it to be a satisfactory response to this Order to Show Cause and vacate the Order. The dates set forth in the CMO will be extended accordingly.

**Plaintiff is admonished that her failure to satisfactorily respond to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders. See Fed. R. Civ. P. 41(b).**