UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-1446-AS | Date | February 25, 2015 |
|---|---|---|---|
| Title | Guadalupe Ionescu v. Carolyn Colvin | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 21, 2014, pro se Plaintiff Guadalupe Ionescu filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361 (Docket Entry No. 3). On July 23, 2014, the Court issued an Order Re: Procedures in Social Security Case (Docket Entry No. 7), requiring Plaintiff to file a motion for summary judgment no later than thirty days from the service of Defendant's responsive pleading and the Certified Administrative Record (Docket Entry Nos. 12-14). On January 21, 2015, the Court issued an Order to Show Cause why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Order, noting that Plaintiff was required to file a motion for summary judgment no later than December 26, 2014 and had failed to do so. (Docket Entry No. 15). Plaintiff was directed to file a motion for summary judgment or remand no later than February 4, 2015 in order to discharge the Order to Show Cause. Id. Plaintiff was also warned that "her failure to satisfactorily respond to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders. Id.

As of the date of this Order, Plaintiff has failed to file a motion for summary judgment or remand, or otherwise respond to the Court's Orders. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to obey Court orders and for her failure to prosecute. Plaintiff may file a Motion for Summary Judgment or remand or declaration in response to this Order to Show Cause no later than March 18, 2015.

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is expressly warned that failure to file a timely response to this Order will result in an Order dismissing this action with prejudice for her failure to comply with Court orders and for her failure to prosecute. See Fed. R. Civ. P. 41(b).**